**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7726**

———————

WILLIAM EARL GORHAM,

Plaintiff - Appellant,

versus

COLON WILLOUGHBY; WAKE COUNTY; STATE OF NORTH
CAROLINA,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-02-561-H)

———————

Submitted: February 6, 2003        Decided: February 12, 2003

———————

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Earl Gorham, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Earl Gorham appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gorham v. Willoughby, No. CA-02-561-H (E.D.N.C. Oct. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED